**TALLEY AVIATION CENTER,**
**Respondent,**

v.

**James W. GARRISON, Appellant.**

**No. WD 33856.**

Missouri Court of Appeals,
Western District.

Nov. 22, 1983.

John K. Allinder of Desselle, White & Allinder, Independence, for appellant.

Charles E. Weedman, Jr. of Crouch, Crouch, Spangler & Douglas, Harrisonville, for respondent.

Before MANFORD, P.J., and CLARK and KENNEDY, JJ.

### ORDER

PER CURIAM:

This is a direct appeal from a judgment in the total sum of $499.85 for monies

gerald trans. 5th ed. 1889).

claimed due for goods delivered. The judgment is affirmed in the sum of $499.85.

Rule 84.16(b).